11-8-2025

Richard W. Parker, Jr.
Trustee
309 Belmont St.
A-3
Worcester MA 01604

FILED - USDC -NH
2025 NOV 17 PM 4:05

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301

RE: Heritage Homestead
    Realty Trust
    Richard Wilke, Jr.
        V.
    Commonwealth of Mass.
    Malden District Court
    Nancy Mario Frizzi

Dear Clerk,

Please mark, file, docket open the Estate Case. Send me a Civil Cover sheet and Court fee waiver form. And a docket report. Thank You,

Richard W. Parker, Jr.

U.S. District Court
of
New Hampshire,

Heritage Homestead
Realty Trust
Richard W. Parker Jr.
Trustee
Richard W. Parker Jr.

V.

Commonwealth of Mass
Malden District Court
Nancy Morino Frizzi

} Complaint

FILED - USDC -NH
2025 NOV 17 PM 4:05

On 6/22/2016 Real Estate Trustee Richard W. Parker Jr. of New Hampshire filed a Quit Claim Deed for the U.S. Bankrupt Estate of Phyllis M. Parker beneficiary. 17 Babson St., Wakefield MA in U.S. Bankruptcy Court 6 times 1988-2001 was order discharged and closed by the Court. On 11-15-2020 the Wakefield Police Dept. filed a criminal arrest complaint against Real Estate Trustee Richard W. Parker Jr. the Mass State Police Dept. Troopers arrested him at there Woburn Mass. Home at gun point. They did not have a warrant for his arrest.

The Malden District Court charged him by Police complaints 24 of them violation of restraining order issued by Malden District Court 3-31-2017 for Richard Peter, 825 Newton St. Boston MA 02108. Not him at all. CPCS law firm filed a motion to send Richard W. Peters jr. to the Worcester Recovery Center and Hospital, for a 16 day evaluation only. The Dept. of Mental Health and the hospital has held him in a locked unit hospital for 5 years and drugged him and billed Medicaid Insurance $3,000. per day @ 5 years and he is not a patient. He now has drug induced Parkinsons and is left disabled for life. Denied Social Security SSI benefits because of his location the hospital. The Plaintiff is also a home owner here in New Hampshire and Mass. The Town of Cambria and Michael Thompson sub-divided 50 acres of Realty Trust land I paid $160,000. 2 lot's and my Reese/Marsh Modular Home. Value $270,000.00 569 Old Cambria Rd. Cambria NH.
* Richard W Peters jr.

FILED - USDC -NH
2025 NOV 17 PM4:05

# CERTIFICATE OF REALTY TRUST
# HERITAGE HOMESTEAD REALTY TRUST

The undersigned Trustee of the Heritage Homestead Realty Trust, 54-B School Street, Woburn, Middlesex County, Commonwealth of Massachusetts, 01801, under declaration of Realty Trust dated 12/12/2004, has absolute powers in said Realty Trust to convey any interest of real estate or lease and improvements thereon in said trust and no purchases or other party shall be bound to inquire whether the "Trustee" has said powers or is properly exercising said powers or to see to the application of any asset paid to the Trustee for conveyance or lease thereof.

Trustee

X _[signature]_
Richard W. Porter, Jr.
"Richard Porter"

_[signature: Richard Porter]_

*False Current 11-16-202* *Exhibit #1*

| HARASSMENT PREVENTION ORDER G.L. c. 258E | DOCKET NO. 17-50-HPO-163 | Massachusetts Trial Court |
|---|---|---|
| PLAINTIFF'S NAME Nancy Marino-Frizzi | | COURT NAME & ADDRESS Malden District Court 89 Summer Street Malden, MA 02148 |
| DEFENDANT'S NAME AND ADDRESS Richard Porter 825 Newton Street Boston, MA 02118 | ALIAS, IF ANY | |
| | DATE OF BIRTH 6/7/60 | SEX ☒ Male ☐ Female |
| | PLACE OF BIRTH | MOTHER'S MAIDEN NAME (FIRST & LAST) |
| | SOCIAL SECURITY NO. | DAYTIME PHONE NO. | FATHER'S NAME (FIRST & LAST) |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT: *(only those items checked shall apply)*

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of harassment.

☐ This Order was communicated by telephone from the Judge named below to:

Police Dept. _____ Police Officer _____

☒ 1. YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF by harming or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm. YOU ARE ALSO ORDERED NOT TO HARASS THE PLAINTIFF (1) by any willful and malicious conduct aimed at the Plaintiff and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly, or (3) by committing any of the following: indecent assault and battery, rape, statutory rape, assault with intent to rape (G.L. c. 265, §§ 13B, 13F, 13H, 22, 22A, 23, 24, 24B); enticing a child (§ 26C), criminal stalking (§ 43); criminal harassment (§ 43A), or drugging for sexual intercourse (G.L. c. 272, §3).

☒ 2. YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least ___ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exception to this Order is that you may send to the Plaintiff by mail or by sheriff or other authorized officer copies of papers filed with the court when that is required by statute or court rule.

☒ 3. YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S RESIDENCE located at _____
17 Babson Street Wakefield, MA 01880
and wherever else you have reason to know the Plaintiff may reside.

☒ If this box is checked, you are also ORDERED to remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☒ 4. YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S WORKPLACE located at _____
525 Main Street Wakefild, MA 01880
and wherever else you have reason to know the Plaintiff may work.

☐ 5. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF for $ _____ in losses suffered as a direct result of the harassment, to be paid in full on or before _____, 20 ___. ☐ by mailing directly to the Plaintiff. ☐ through the Court.

☐ 6. _____

B. NOTICE TO LAW ENFORCEMENT

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons) and make return of service to this court. If this box is checked ☐ service may instead be made by leaving such copies at the Defendant's address shown above but only if the police officer is unable to deliver such copies in hand to the Defendant.

2. Defendant Information Form accompanies this Order. ☐ 3. Police reports are on file at the _____ P.D.

☐ 4. Outstanding warrants for the Defendant's arrest: PCF No. _____ Docket No(s). _____

☐ 5. An imminent threat exists of bodily injury to the Plaintiff. _____ P.D. notified by ☐ telephone ☐ other: _____

| DATE OF THIS ORDER 3/17/17 | TIME OF THIS ORDER 10:45 ☐ A.M. ☐ P.M. | EXPIRATION DATE OF THIS ORDER *3/31/17 at 4 P.M. | SIGNATURE/NAME OF JUDGE X _____ |
|---|---|---|---|
| NEXT HEARING DATE 3/31/17 at 9 ☒ A.M. ☐ P.M. in Courtroom _____ | | | |
| FIRST OR CHIEF JUSTICE WITNESS: HON Benjamin Barnes | | A TRUE COPY ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X _Paul_____ |

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without an attorney, to oppose any extension or modification of this Order. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before its scheduled expiration date. NOTICE TO DEFENDANT: If the Plaintiff is your spouse or former spouse, or you are the parent of a child of the Plaintiff, or you cohabit or have cohabited with the Plaintiff, the purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime, subject to certain exceptions. 18 U.S.C. §§ 922(g)(8) and 925.

HA-2 (5/10)

COURT COPY

QUITCLAIM DEED

Bk: 67472 Pg: 290   Doc: DEED
Page: 1 of 1   06/22/2016 08:59 AM

KNOW ALL MEN BY THESE PRESENTS that, Phyllis M. Burdick Porter, A/k/A Phyllis M. Porter, Richard W. Porter, {dead man 1988}, 17 Babson Street, Wakefield, Middlesex County, Commonwealth Of Massachusetts, 01880.

For consideration of contractual nominal dollars grant to,

Richard W. Porter Jr., Trustee, Phyllis M. Burdick Porter beneficiary, Heritage Homestead Realty Trust, u/d/t date June 5, 2004, certificate of Realty trust filed, Rockingham County Registry Of Deeds, State Of New Hampshire. The under singed trustee has absolute powers to execute this foregoing instrument

Under trustee's process RSA:564:A;7:7:11, the articles of said Realty Trust Agreement,

That certain parcel of land known Tax Map 34-497-43 AA, Parcel 5-CNTH, .331 acres of land, and a wood frame split entry Raised Ranch, known and numbered, 17 Babson Street, Wakefield, Middlesex County, Commonwealth Of Massachusetts, 01880.

For title see Middlesex South Registry Of Deeds, United States Federal Bankruptcy Court District Of

Massachusetts, said protection case docket numbers 12082-88, 12096-90, for title see The Registry Of Deeds, Middlesex South District, Book 19450 Page 392, Book 2036 Page 474 of said.

COMMONWEALTH OF MASSACHUSETTS

Middlesex County Ss.,

On this 15 day of June 2016, before me the Trustee Heritage Homestead Realty Trust, Richard W. Porter Jr., acknowledged and executed this deed to be a free act of deed.

_Phyllis M. Burdick Porter_                             _Richard W. Porter_

                                                        Heritage Homestead Realty Trust

                                                        Richard W. Porter Jr, TTE

                                                        MINI PURI
My commission expires on:                               Notary Public

JUNE 12, 2020

Richard Porter
54 School St
Woburn, Ma 01801

MINI PURI
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 12, 2020

COMMONWEALTH OF MASSACHUSETTS.
MIDDLESEX S.S. _____ OCT 2 8 2025
SOUTH DIST REGISTRY OF DEEDS
CAMBRIDGE, MA
I HEREBY CERTIFY THE FOREGOING
IS A TRUE COPY OF A PAPER
RECORDED IN BOOK ___67472___

PAGE _____290_____

*[signature]*
REGISTER

# LIEN CERTIFICATE
## RSA:564-A:7:II

KNOW ALL MEN BY THESE PRESENTS that, Real Estate Trustee with Power of Attorney, Richard W. Porter, Jr., 54 School Street, Woburn, Middlesex County, Massachusetts 01801, for good reasons and under RSA:564-A:7:II Trustee's Powers State of New Hampshire, hereby lien and attach real estate and money of the Town of Candia, 74 High Street, Candia, Rockingham County, State of New Hampshire 03034, for the sum of $25,000,000.00 – twenty-five million dollars, without notice.

Trustee

x *Richard W. Porter Jr.*
Richard W. Porter, Jr.
4-18-2025

*A True Copy Attest,*
*Richard W Porter Jr.*
*Trustee*

FILED - USDC -NH
2025 NOV 17 PM4:06

# Certificate of Attachment
## LIEN

The undersigned Real Estate Trustee, Richard W. Porter, Jr., for good reasons and under USC$RSA:564-A:7:II Trustee Powers, hereby attach and lien without notice Real Estate and money of the Commonwealth of Massachusetts bank accounts and Real Estate, to secure the payment of $100,000,000.00, One Hundred Million Dollars Real Estate owned by the State, 309 Belmont Street, Worcester, Worcester County, Commonwealth of Massachusetts 01604. Bank accounts held by State Treasurer and Receiver General, 1 Ashburton Place, Boston, Suffolk County, Commonwealth of Massachusetts.

Trustee

X *[signature]*
Richard W. Porter, Jr.
309 Belmont Street
Worcester, MA 01604

*A True Copy Attest*
*Richard W. Porter, Jr., Trustee*

Richard W. Peter Jr.
309 Belmont St.
Worcester MA 01604

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301